## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

VICTORIA SELECT INSURANCE
COMPANY,

    Plaintiff,

v.                                          CASE NO.: 3:09cv74/MCR/EMT

ALEJANDRO RAMIREZ ARAGON,
SHARON HOLMAN RAMIERZ,
THOMAS WILLIAM MARTINEAU,
and ROBYN LEIGH MARTINEAU,

    Defendants.
_____/

## **O R D E R**

This matter is before the court on the Report of Parties' Planning Meeting filed July 27, 2009. (Doc. 29). The parties report that defendants, Alejandro Ramirez Aragon and Sharon Holman Ramirez, were not represented at the July 15, 2009, Rule 26(f) conference. Though these defendants were served with the original summons and complaint on March 16, 2009, personal service of the amended complaint on these defendants is not reflected on the case docket.[1] Before entering a final scheduling order, plaintiff shall be required to file a written notice regarding their intent to proceed with the claims against defendants, Alejandro Ramirez Aragon and Sharon Holman Ramirez. Such notice shall be filed on or before September 17, 2009.

**DONE and ORDERED** this 11th day of September, 2009.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**

---

[1] The amended complaint filed May 18, 2009 (doc. 9), does indicate a copy was provided to these defendants by regular U.S. Mail. Though defendants Aragon and Ramirez were in default for having failed to appear after service of the original summons and complaint, the amended complaint must be personally served upon them pursuant to the Federal Rules of Civil Procedure. *See* Fed.R.Civ.P. 5(a)(2).