IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTORIA SELECT INSURANCE
COMPANY,

    Plaintiff,
v.                                      CASE NO.:   3:09cv74/MCR/EMT

ALEJANDRO RAMIREZ ARAGON,
SHARON HOLMAN RAMIERZ,
THOMAS WILLIAM MARTINEAU,
and ROBYN LEIGH MARTINEAU,

    Defendants.
                                   /

**O R D E R**

In response to the court's order of September 11, 2009, plaintiff indicates the amended complaint filed May 18, 2009, did not assert any new or additional claims for relief against defendants, Alejandro Ramirez Aragon and Sharon Holman Ramirez, and, therefore, was served on these defendants by regular mail. Having reviewed the pleadings, the court finds service by mail on defendants, Alejandro Ramirez Aragon and Sharon Holman Ramirez, was appropriate. The court further finds that entry of a default against these defendants is required for their failure to plead or otherwise defend this cause of action. (*See* Fed.R.Civ.P. 55(a).) Accordingly, the clerk is directed to enter defaults against defendants, Alejandro Ramirez Aragon and Sharon Holman Ramirez.

**DONE and ORDERED** this 16th day of October, 2009.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**