**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VICTORIA SELECT INSURANCE
COMPANY,

    Plaintiff,

v.                                             CASE NO.:   3:09cv74/MCR/EMT

ALEJANDRO RAMIREZ ARAGON,
SHARON HOLMAN RAMIREZ,
THOMAS WILLIAM MARTINEAU,
and ROBYN LEIGH MARTINEAU,

    Defendants.
_____/

## AMENDED ORDER OF DISMISSAL

This matter is before the Court upon the parties' Stipulation for Dismissal with prejudice. (Doc. 63). The previously entered Order of Dismissal (doc. 62) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 9th day of April, 2010.

                                              *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**